UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROCCA, | Case No. 2:17-cv-02781-PA-SK |
| Plaintiff, | [Honorable Percy Anderson] |
| vs. | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |
| PETSMART, INC. dba PETSMART #1796; MKP TUJUNGA, LP, | |
| Defendants. | |

The Court has reviewed the Joint Stipulation for Dismissal of Entire Action with Prejudice filed by Plaintiff MICHAEL ROCCA and Defendants PETSMART, INC. and MKP TUJUNGA, L.P. (the "Joint Stipulation"). Pursuant to the Joint Stipulation, the Court orders that the above entitled action be dismissed without prejudice, each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: August 4, 2017

_____
Honorable Percy Anderson
United States District Court Judge